UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAYLENE OTERO,

                        Plaintiff,

        -v-

MELISSA AVILES-RAMOS *et al.*,

                        Defendants.

25 Civ. 2773 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a motion for preliminary injunction in the above-captioned case. Dkts. 5–6. Defendants have not yet appeared in this action. Plaintiff is instructed to serve on defendants, by April 15, 2025, the Complaint, Dkt. 1, summonses, Dkt. 3, motion for preliminary injunction, Dkt. 6, and this order on defendants, and to file on the docket of this case forthwith an affidavit of service attesting to as much. Defendants are instructed to respond to plaintiff's motion for preliminary injunction within 14 days of receiving such documents.

    SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: April 8, 2025
       New York, New York