UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAYLENE OTERO, *as Parent and Natural Guardian of K.R.O.*,

                              Plaintiff,

-v-

MELISSA AVILES-RAMOS *et al.*,

                              Defendants.

25 Civ. 2773 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed on the record at today's conference, the Court hereby sets the following summary judgment briefing schedule:

- By May 13, 2026, plaintiff shall move for summary judgment.

- By May 27, 2026, defendants shall oppose plaintiff's motion and cross-move for summary judgment.

- By June 3, 2026, plaintiff shall reply to defendants' opposition and oppose defendants' cross-motion.

- By June 10, 2026, defendants shall reply to plaintiff's opposition.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 29, 2026
       New York, New York