UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____________________________________________ X

Maylene Otero, et al.,

Plaintiff(s),

Case No. 1:25-CV-2773(PAE)

-against-

MELISSA AVILES-RAMOS in HER official Capacity, and
NEW YORK CITY DEPARTMENT OF EDUCATION,

NOTICE OF MOTION

Defendant(s)
_____________________________________________ X

**PLEASE TAKE NOTICE** that Defendants Melissa Aviles-Ramos and the New York City Department of Education, upon the accompanying memorandum of law and all prior pleadings and filings, move this Court before the Honorable Paul. A. Engelmayer, at Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, for an Order:

1. Under Fed. R. Civ. P. 11, imposing sanctions on Liberty and Freedom Legal Group, Ltd., Patrick Donohue, Jeffrey Arlen Spinner, Rory Bellantoni and Kenneth Willard.
2. Under 28 U.S.C. . § 1927, imposing sanctions on Liberty & Freedom Legal Group, Ltd., Patrick Donohue, Jeffrey Arlen Spinner, Rory Bellantoni and Kenneth Willard.
3. Granting Defendants any further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that per the Court's August 20, 2026 Order (ECF No. 41) any opposition is due September 3, 2026.

Dated: New York, New York
August 27, 2026

Respectfully Submitted
STEVEN BANKS
Corporation Counsel For The City of New York
Attorney for Defendant
100 Church Street
New York, New York, 1007

By:______________/s__________
Thomas Lindeman
Senior Assistant Corporation Counsel
(212) 356-0418

To; All counsel of record, via ECF

Pursuant to the Court's Order of August 20, 2026, Dkt. 41, any opposition is due September 3, 2026.

SO ORDERED.

Date: August 28, 2026
New York, New York

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge